**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00328-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL JASON McKINLEY,
  a/k/a Jona Koehn,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND
ORDER TO CALL TO SET CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 12) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for October 16, 2009 and the four-day jury trial set to commence on October 26, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than October 13, 2009 to set this matter for a Change of Plea Hearing.

DATED: October  7 , 2009

                                          BY THE COURT:

                                          */s/ Christine M. Arguello*
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge