**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No.  09-cr-00328-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL JASON MCKINLEY,

        Defendant.

---

**ORDER EXONERATING BOND**

---

        This criminal action has proceeded to sentencing and a final judgment and

conviction, and the Defendant was remanded to the custody of the United States

Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed

by the United States Bureau of Prisons.  As a result, all the conditions of an appearance

bond imposed by the court as a pretrial matter to secure the Defendant's release,

pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

        ORDERED that the bond in this case is hereby exonerated and the surety or

sureties, if applicable, are released.  It is further

        ORDERED that the bail funds or property deposited into the registry of the court

shall hereby be released by the Clerk of the Court, or a designated deputy, to the surety

of the Defendant.

        DATED: February __25__, 2010

                                        BY THE COURT:

                                        _Christine M Arguello_

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge